UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MAINE

| | |
|---|---|
| **UNITED STATES DEPARTMENT OF AGRICULTURE**, <br><br> Plaintiff, <br><br> v. <br><br> **LEONA J. SMITH**, <br><br> Defendant, | CASE NO. **1:25-cv-00156-LEW** |

**MOTION TO EXTEND TIME TO FILE
MOTION FOR DEFAULT JUDGMENT**

NOW COMES the Plaintiff United States Department of Agriculture (the "Plaintiff"), by and through its counsel, and moves, pursuant to Fed. R. Civ. P. 6(b) that this Court extend the period within which it may file its Motion for Default Judgment in this case from January 16, 2026, to March 24, 2026, as follows:

1. Plaintiff moved for entry of default against Leona J. Smith ("Defendant") on August 21, 2025. This Court entered an order granting Default against Defendant on the same day.

2. Since August 21, 2025, all the required documents for filing of the Motion for Default, including all affidavits, have been drafted, and Maine counsel is awaiting an original, signed affidavit from the Plaintiff to file said motion. To accommodate any delays in Maine counsel's receipt of that document, Maine counsel is requesting an extension of the filing deadline to March 24, 2026.

WHEREFORE, the Plaintiff prays that this Court: (a) extend to March 24, 2026, the period within which it may file a motion for default judgment with supporting documentation in this case; and (b) grant the Plaintiff such other and further relief as this Court deems just and proper.

Dated at Portland, Maine this January 15, 2026.

        /s/ Kevin J. Crosman
        Kevin J. Crosman, Esquire
        Attorney for Plaintiff
        United States Department of Agriculture

JENSEN BAIRD GARDNER & HENRY
Ten Free Street
P.O. Box 4510
Portland, ME  04112
(207) 775-7271
kcrosman@jensenbaird.com

## CERTIFICATE OF SERVICE

I, Kevin J. Crosman, Esquire hereby certifies that on January 15, 2026, I served the above Motion upon the Defendants by mailing a copy of the same to them at the following addresses by first class mail, postage prepaid:

        Leona J. Smith
        14 Hill Street Apt 18
        Corinna ME 04928

Dated at Portland, Maine this January 15, 2026.

        /s/ Kevin J. Crosman
        Kevin J. Crosman, Esquire
        Attorney for Plaintiff